**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                Case No. 3:06cr456/RV

**RICHARD G. FARNHAM**

                                /

## AMENDMENT TO ORDER SETTING TRIAL

**IT IS ORDERED** that sections A(1) and E of the order of this Court entered on November 20, 2006, shall be amended as follows:

A(1)   This case shall be tried during the jury term commencing **Monday, February 5, 2007,** with jury selection at 9:00 a.m.

E.   No plea bargaining agreement permitted by this Court will be approved unless such agreement is effected on or before Wednesday, January 31, 2007, with such plea presented to the Court for its action at arraignment no later than **Thursday, February 1, at 9:00 a.m.,** in Pensacola, Florida.

In all other respects, this Court's order of November 20, 2006, remains in full force and effect.

**DONE AND ORDERED** this 4th day of December, 2006.

                              */s/Roger Vinson*
                              **ROGER VINSON
Senior U. S. District Judge**