# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                   CASE NO. 3:06cr456/RV

RICHARD G. FARNHAM

**REFERRAL AND ORDER**

Referred to Judge Vinson on 12/07/2006
Type of Motion/Pleading FIRST MOTION IN LIMINE
Filed by: Defendant   on 12/1/06   Doc. No. 12
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
Government   on 12/5/06   Doc. No. 18
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 19th day of December, 2006, that:

(a) The requested relief is DENIED.

(b) The video may be utilized upon a proper foundation, but without the audio.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.