# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO. 3:06cr456/RV

RICHARD G. FARNHAM

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   December 19, 2006

Motion/Pleadings:   MOTION for inquiry into potential conflict of interest.

Filed by   United States          on 12/13/2006          Doc.#   21

RESPONSES:

  Defendant                        on 12/18/2006          Doc.#   22

                                   on                     Doc.#

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                         s/Jerry Marbut

LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 19th *day of* December *, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) Any conflict has apparently been resolved.*

                                        /s/ *Roger Vinson*

                                        *ROGER VINSON*
                             *Senior United States District Judge*